UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00090 |
| | ) | JUDGE CAMPBELL |
| ADIN ACOSTA LOPEZ | ) | |

## ORDER

Pending before the Court is a Motion to Extend Time for Filing Pretrial Motions (Docket No. 19). The Motion is GRANTED.

The deadline for filing any pretrial motion is extended to January 21, 2013.

It is so ORDERED.

                                                  *Todd Campbell*
                                                  TODD J. CAMPBELL
                                                  UNITED STATES DISTRICT JUDGE