UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00090 |
| | ) | JUDGE CAMPBELL |
| ADIN ACOSTA LOPEZ | ) | |

ORDER

The Court is in receipt of a Notice of Intent to Plead Guilty and Request to Re-Set August 9 Plea Hearing (Docket No. 24). The request is GRANTED.

The change of plea hearing currently scheduled for August 9, 2013, is RESCHEDULED for August 12, 2013, at 3:00 p.m. Any proposed plea agreement shall be submitted to the Court by August 8, 2013.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE